UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,

    Plaintiffs,

 -against-

DOES 1-25,

    Defendants.

NOTICE OF DISMISSAL OF ACTION AGAINST DOE # 4 ONLY

Civil Action No.: 1:05-cv-448

---

Please take notice that plaintiffs hereby dismiss this action only as against defendant DOE NO. 4, IP Address 128.113.156.47 2005-03-15 15:52:44, with prejudice.

Executed on June 24, 2005, in Rochester, New York.

    /s/ Steven E. Cole
    Steven E. Cole. Esq.
    Bar No. 301499
    Attorneys for Plaintiffs
    600 Reynolds Arcade Building
    16 East Main Street
    Rochester, New York 14614
    Telephone: (585) 325-8000
    scole@wolfordleclair.com

SO ORDERED:

*[signature]*
U.S. District Judge
Date: 6/28/05