UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SONY BMG MUSIC ENTERTAINMENT, a
Delaware general partnership; MOTOWN RECORD
COMPANY, L.P., a California limited partnership;
CAPITOL RECORDS, INC., a Delaware corporation;
VIRGIN RECORDS AMERICA, INC., a California
corporation; ARISTA RECORDS LLC, a Delaware
limited liability company; PRIORITY RECORDS
LLC, a California limited liability company;
INTERSCOPE RECORDS, a California general
partnership; ATLANTIC RECORDING
CORPORATION, a Delaware corporation; WARNER
BROS. RECORDS INC., a Delaware corporation;
MAVERICK RECORDING COMPANY, a California
joint venture; BMG MUSIC, a New York general
partnership; UMG RECORDINGS, INC., a Delaware
corporation; and ELEKTRA ENTERTAINMENT
GROUP INC., a Delaware corporation,

**NOTICE OF DISMISSAL OF ACTION AGAINST DOE # 7 ONLY**

Civil Action No.: 1:05-cv-448

Plaintiffs,

-against-

DOES 1-25,

Defendants.

---

Please take notice that plaintiffs hereby dismiss this action only as against defendant DOE

NO. 7, IP Address 128.113.194.44 2005-03-19 00:14:16, with prejudice.

Executed on June 24, 2005, in Rochester, New York.

/s/ Steven E. Cole
Steven E. Cole, Esq.
Bar No. 301499
Attorneys for Plaintiffs
600 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614
Telephone: (585) 325-8000
scole@wolfordleclair.com

SO ORDERED:

_Gary L. Sharpe_

U.S. District Judge
Date: 6/28/05