UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation, | NOTICE OF DISMISSAL OF ACTION AGAINST DOE # 18 ONLY<br><br>Civil Action No.: 1:05-cv-448 |

Plaintiffs,

-against-

DOES 1-25,

Defendants.

---

Please take notice that plaintiffs hereby dismiss this action only as against defendant DOE NO. 18, IP Address 128.113.228.208 2005-03-25 12:40:31, with prejudice.

Executed on June 24, 2005, in Rochester, New York.

/s/ Steven E. Cole
Steven E. Cole. Esq.
Bar No. 301499
Attorneys for Plaintiffs
600 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614
Telephone: (585) 325-8000
scole@wolfordleclair.com

SO ORDERED:

_[signature]_
U.S. District Judge
Date: 6/28/05