**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation, | **NOTICE OF DISMISSAL OF ACTION AGAINST DOE # 5 ONLY**<br><br>Civil Action No.: 1:05-cv-448 |

                    Plaintiffs,

          -against-

DOES 1-25,

                    Defendants.

---

    Please take notice that plaintiffs hereby dismiss this action only as against defendant DOE

NO. 5, IP Address 128.113.136.238 2005-03-16 21:12:39, with prejudice.

    Executed on July 14, 2005 in Rochester, New York.

 

   _s/ Steven E. Cole_____
Steven E. Cole, Esq.
Bar No. 301499
Attorneys for Plaintiffs
600 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614
Telephone: (585) 325-8000
scole@wolfordleclair.com

**SO ORDERED:**

_Gary L. Sharpe_____

U.S. District Judge
Date: 7|15|05