UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,

            Plaintiffs,

-against-

DOES 1-25,

            Defendants.

NOTICE OF DISMISSAL OF ACTION AGAINST DOE # 24 ONLY

Civil Action No.: 1:05-cv-448

---

Please take notice that plaintiffs hereby dismiss this action only as against defendant DOE NO. 24, IP Address 128.113.194.83 2005-03-27 10:25:32, without prejudice.

Executed on July 14, 2005 in Rochester, New York.

            s/ Steven E. Cole
            Steven E. Cole, Esq.
            Bar No. 301499
            Attorneys for Plaintiffs
**SO ORDERED:**
            600 Reynolds Arcade Building
            16 East Main Street
            Rochester, New York 14614
            Telephone: (585) 325-8000
U.S. District Judge
            scole@wolfordleclair.com
Date: 7/15/05