UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation, | NOTICE OF DISMISSAL OF ACTION AGAINST DOE # 23 ONLY <br><br> Civil Action No.: 1:05-cv-448 |

Plaintiffs,

-against-

DOES 1-25,

Defendants.

Please take notice that plaintiffs hereby dismiss this action only as against defendant DOE NO. 23, IP Address 128.113.154.199 2005-03-27 10:20:55, without prejudice.

Executed on July 26, 2005, in Rochester, New York.

SO ORDERED:

_____
U.S. District Judge
Date: 8/4/05

s/ Steven E. Cole
Steven E. Cole, Esq.
Bar No. 301499
Attorneys for Plaintiffs
600 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614
Telephone: (585) 325-8000
scole@wolfordleclair.com