UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California jointv enture; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,

     Plaintiffs,

 -against-

DOES 1-25,

     Defendants.

NOTICE OF DISMISSAL

Civil Action No.: 1:05-cv-448

---

Please take notice that plaintiffs hereby dismiss this action, without prejudice.

Executed on August 16, 2005, in Rochester, New York.

           s/ Steven E. Cole
           Steven E. Cole, Esq.
           Bar No. 301499
           Attorneys for Plaintiffs
           600 Reynolds Arcade Building
           16 East Main Street
           Rochester, New York 14614
           Telephone: (585) 325-8000
           scole@wolfordleclair.com

SO ORDERED:

*[signature: Gary L. Sharpe]*
U.S. District Judge
Date: 8/17/05